Linda L. **FOGH**, Plaintiff—Appellant,

v.

**U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON; et al.**, Defendants—Appellees.

No. 01–36068.

D.C. No. CV–00–01991–JCC.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 17, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Linda L. Fogh, a Chapter 7 debtor, appeals pro se from the district court's orders denying her motions to vacate the bankruptcy court's dismissal of her amended complaint, and denying reconsideration.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2). Accordingly, we deny Fogh's motion for oral argument.

\*\* This disposition is not appropriate for publi-

We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Mitchell v. Burt Vetterlein & Bushnell PC (In re Stein)*, 197 F.3d 421, 424 (9th Cir.1999); *Shalit v. Coppe*, 182 F.3d 1124, 1126–27 (9th Cir.1999), and we affirm.

Because the district court's decisions did not rest upon an erroneous view of the law, we find no error. *See In re Stein*, 197 F.3d at 424.

We deny the request for judicial notice contained in Fogh's August 6, 2002 supplemental statement.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.